UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronald DeShields | |
| Plaintiff, | 18-CV-08885-PA |
| -against- | WAIVER OF SERVICE OF |
| | SUMMONS EXECUTED |
| City of New York et al | |
| Defendant(s). | |

Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

**Massey**

**Thomas**

**Gaeta**

Dated:    September 11, 2019
         New York, NewYork           s/

Lynelle Maginley-Liddie
Deputy General Counsel
New York City Department of Correction
718-546-0814