RECEIVED OCT 25 2019 PRO SE OFF

RECEIVED OCT 22 2019 RONNIE ABRAMS U.S. DISTRICT JUDGE S.D.N.Y.

To Whom It May Concern
RE: Ronald DeShields vs City of New York
Case # 18CV8885 (RA)  NYSID# 07344349L

While incarcerated Ronald DeShields openly talked about his father being a former DOC Corrections Officer and his wife being a staff with Corrections. The CO's did not need to disclose any information, he did this on his own. Ronald talks a lot, he likes to brag and feels others are beneath him. Ronald brags about being a star athlete while in high school and that he was "tops" in wrestling he killed an opponent but everyone blamed the referee for not paying attention.

Ronald brags about his fights in prison. He reportedly stabbed another inmate after being attacked by three, he was unsure if the one stabbed died - "as he got it good" then Ronald was transferred to another facility, the next day.

Ronald talks about antagonizing the female officers, and that he would "bump" into them on purpose to feel their butt and breast. He reports that he groped one officer and she complained - "but he knew she liked it".

Ronald DesShields   Case #18CV8885-RA

Ronald states he always wanted to become a lawyer, so while in prison he spent a lot of time in the law library - researching cases. After talking with other inmates - he came up with the idea of filing a big lawsuit against New York Corrections Department. Ronald states he is a member of the Secret Society MASONS and they will assist him to cover any and every aspect that can hinder his case process. He states he was injured and spent one year in a wheelchair with his mother taking care of him. He states only his family is aware of this event and the brothers "MASON" help him to destroy that medical evidence. Ronald states the MASONS covered up any issues he had in the past - he is loyal to them or they could expose him, which would result in his return to prison.

He quote legal article
Bayer vs Kamthen
William vs King (2014)

Ronald De Shields        NYSID # 07343492
              Case # 18 CV 8885 - RA

Ronald feels he was wronged by NYPD for his arrests and that an article published by The Washington Confidential Report 10/12/2012 exonorates him. This lawsuit is "my way of getting back at them for my loss of freedom."

His report for pain and suffering is fabricated and used as a weapon to substantiate his case. On a regular basis he visits the Emergency room and complains of severe pain and headache. He sees a psychiatrist to also help his case of depression and anxiety and insomnia. Yet he takes no medication. Pain meds gets thrown out in the thrash as there is just so many. This too is abuse of government benefits he receives thru HRA. If Ronald had to pay out of pocket, this would not happen.

Ronald is very aggressive, loves to fight and challenges others to fight him. He will provoke an argument just so he can engage physically. While incarcerated he has numerous infractions NYSID # 07343492L    Infrac #'s 0597-16,
# 0000-14, 0405-14, 0004-12, 0188-11,
# 0328-09, 3051-08, 0332-98, 0374-98,
# 0911-95. These are a few of many.
For an inmate to cause so much trouble not only to other inmates but DOC staff as well,

Ronald De'Shields
Case #18CV-8885-RA

What type of claim against NY City and DOCS can he satisfy with a false claim of pain and suffering? This person needs Salvation and not representation.

In his own words Ronald states on 10/29/2015 "Other inmates around me know who I am and what I was before I became incarcerated." Ronald states his case was in the media also. So why would DOC Staff tell other inmates who he was? Like I stated earlier he likes to brag and boast and considers himself superior to others of his own class. He is a trouble seeker, mischieve maker and contributed to his own demise - if in fact any of his complaints ring true. He is a liar and manipulates very well.

Ronald files a grievance against the Chaplain reporting issues with religious services for the worshiping for Nation of Islam. However, he has been released since March of 2019, how many times and where has he attended a Nation of Islam service? The belief he had been fighting to maintain in prison. I guess he is not a Nation of Islam believer anymore.

Ronald DeShields
Case # 18 CV 8885-RA
NYSID # 07344349L

It would be unjust to reward Ronald with a fraudulent claim and jeopardize these defendants job/character based on said lies. Yes, there is corruption in every organization, however, this is not an instance where this individual was mistreated by these officers. Ronald wants what Ronald wants and when redirected, he gets angry, vindictive and sets out to get his way.
It is unfortunate but his mother gives into his whims, she tolerates these behaviors and will swear for her son. His mother now lives in North Carolina, perhaps for the best. Ronald will never stop, he will find other sources to harrass and victimize, that's his nature. Ronald is using his lawyer and the courts to his advantage, but if the time is taken to research his medical history, it will show that he was physically disabled and this was before his incarceration. His mother Mrs Mary DeShields is privy to this and can be reached at 303 Barclay Road, Durham NC 27712

Case 1:18-cv-08885-RA Document 60 Filed 10/22/19 Page 6 of 7

Additional Contacts for Ronald who are aware of his injury/disability

Brother Gregory Deshields
phone # 917-692-5205 & 347 645-5900
Resident @ 119 W135 Street #6A New York 10030

