RECEIVED
SDNY PRO SE OFFICE
2019 OCT 28  AM 10: 15
S.D. OF N.Y.

To Whom It May Concern
RE: Ronald De Shields vs City of New York
Case # 18CV 8885 (RA)    NYSIA # 07344349L

While incarcerated Ronald De Shields openly
talked about his father being a former DOC
Corrections Officer and his wife being a staff
with Corrections. The CO's did not need to
disclose any information, he did this on his own.
Ronald talks a lot, he likes to brag and feels
others are beneath him. Ronald brags about
being a star athlete while in high school
and that he was "tops" in wrestling he
killed an opponent but everyone blamed
the referee for not paying attention.
    Ronald brags about his fights in prison.
He reportedly stabbed another inmate after
being attacked by three, he was unsure
if the one stabbed died — "as he got it good"
then Ronald was transferred to another
facility, the next day.
Ronald talks about antagonizing the
female officers, and that he would "bump"
into them on purpose to feel their butt
and breast. He reports that he groped one
officer and she complained — "but he knew
she liked it".

Ronald DeShields   Case #18CV8885-RA

Ronald states he always wanted to become a lawyer, so while in prison he spent a lot of time in the law library - researching cases. After talking with other inmates - he came up with the idea of filing a big lawsuit against New York Corrections Department. Ronald states he is a member of the Scenet Society MASONS and they will assist him to cover any and every aspect that can hinder his case process. He states he was injured and spent one year in a wheelchair with his mother taking care of him. He states only his family is aware of this event and the "brothers "MASON" help him to destroy that medical evidence. Ronald states the MASONS covered up any issues he had in the past - he is loyal to them or they could expose him, which would result in his return to prison.

He quote legal article
Bayer vs Kam-then /
William vs King (2014) /

Ronald De Shields          NYSID # 07344349L
                Case # 18 CV 8885 - RA
Ronald feels he was wronged by NYPD for his arrests
and that an article published by The Washington
Confidencial Report 10/12/2012 exonorates him.
This lawsuit is "my way of getting back at them
for my loss of freedom".
His report for pain and suffering is fabricated
and used as a weapon to substanchiate his
case. On a regular basis he visits the Emergency
room and complains of severe pain and headache
He sees a psychiatrist to also help his case of
depression and anxiety and insomnia. Yet he
takes no medication. Pain meds gets thrown out
in the thresh as there is just so many. This
too is abuse of government benefits he receives
thru HRA. If Ronald had to pay out of
pocket, this would not happen.
Ronald is very aggressive, loves to fight and
challenges others to fight him. He will provide
an argument just so he can engage physically.
While incarcerated he has numerous infractions
NYSID # 07344349L    Infrac #'s 0597-16,
#0000-14, 0405-14, 0004-12, 0188-11,
#0328-09, 3051-08, 0332-98, 0374-98,
#0911-95. These are a few of many.
For an inmate to cause so much trouble not
only to other inmates but D.O.C. staff as well

Ronald De'Shields

Case # 18CV-8885-RA

What type of claim against NY City and Docs can he satisfy with a false claim of pain an suffering? This person needs Salvation and not representation.

In his own words Ronald States on 10/29/2015 "other inmates around me know who I am and what I was before I became incarcerated." Ronald States his case was in the media also. So why would DOC Staff tell other inmates who he was? Like I stated earlier he likes to brag and boast and considers himself superior to others of his own claim. He is a trouble seeker, mischieve maker and contributed to his own demise - if in fact any of his complaints ring true. He is a liar and manipulates very well.

Ronald files a grievance against the Chaplain reporting issues with religious Services for the Worshiping for Nation of Islam. However, he has been released since March of 2019, how many times and where has he attended a Nation of Islam Service? The belief he had been fighting to maintain in prison. I guess he is not a Nation of Islam believer anymore

Ronald De Shields
          Case # 18CV 8885-RA
          NYSID # 07344 349L

It would be unjust to reward Ronald with a fraudulent claim and jeopardise these defendants job/character based on said lies. Yes, there is corruption in every organization, however, this is not an instance where this individual was mistreated by these officers. Ronald wants what Ronald wants and when redirected, he gets angry, vindictive and sets out to get his way.

It is unfortunate but his mother gives into his whims, she tolerates these behaviors and will swear for her son. His mother now lives in North Carolina, perhaps for the best. Ronald will never stop, he will find other sources to harrass and victimize, that's his nature. Ronald is using his lawyer and the courts to his advantage, but if the time is taken to research his medical history, it will show that he was physically disabled and this was before his incarceration. His mother Mrs Mary DeShields is privy to this and can be reached at 303 Barclay Road, Durham NC 27712

Additional Contacts for Ronald who are aware
of his injury / disability
Brother Gregory Deshields
Phone # 917-692-5205  9 347 645-5900
Resident @ 119 W135 Street #6A New York 10030

FORM 2131E (REV. 6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE GRIEVANCE COMPLAINT

Grievance No.

_Gouverneur_ CORRECTIONAL FACILITY

Date _Feb 1, 2019_

Name _De'Shields, Ronald_    Dept.No. _16R1590_   Housing Unit _E2-23_

Program _Build-Maint._   AM _P-m_ PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) _This Grievance for Violation of my right to exercise my religion/ unequal treatment._
_On Feb 1, 2019 at 12:45Hrs, As I was in the Chapel for NOI Services, I was told to go back to my dorm. We can't have Services without a facilitator or minister. I was told as per Chaplain W. Smith and DSP K.Knapp, we are no longer allowed to have NOI services._

Grievant
Signature _Ronald E. DeShields_

Grievance Clerk _____ Date: _____

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Action requested by inmate: _To stop chaplain Smith and DSP K.knapp from Violating my 1st Amendment right to exercise my religion and for them to stop religious unequal treatment._

**This Grievance has been informally resolved as follows:**

_____

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____

Date: _____

unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
An exception to the time limit may be requested

FORM 2171B (4/09)
Side 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## GOUVERNEUR CORRECTIONAL FACILITY

### INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| DESHIELDS, RONALD | 16R1590 | SHU-B-15 |

| 2 LOCATION OF INCIDENT ♦ VIOLACIONES | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| Activities Building | February 5, 2019 | 9:00AM   Approximately |

| 3 RULE VIOLATION(S) ♦ |
|---|
| 105.14   UNAUTHORIZED ORGANIZATIONS |

4. DESCRIPTION OF INCIDENT ♦

On 2/4/19 inmate Deshields, R. 16R1590 E-2-23B was transferred to SHU as part of a 72-hour investigation. On 2/5/19 at approximately 9:00AM the investigation concluded with the authoring of this misbehavior report. The investigation uncovered information that inmate Deshields had manipulated miniterial staff by allowing him to initially comprise the N.O.I. callout himself, as he was the approved N.O.I. facilitator. This investigation was initialized when the breach was recognized by DSP K. Knapp. As confirmed by Librarian K. Briggs, inmate Deshields had approached her in the Fall of 2018 (unspecified date) with a list of inmate names and asked her to add them to the callout for Nation of Islam, as Deacon Morse could not access the callout through computer access. K. Briggs comfirmed this with Deacon Morse and he ackowledged approval. K. Briggs further stated that this became routine and Deshields himself would deliver the list for the callout each Thursday or Friday, and the callout would rarely change and would include the same participating inmates. After a few weeks of inmate Deshields delivering the list to her she began seeing the name of the list as "F.O.I.", but it continued to contain the same names as before, and the names for the callouts were submitted as she had believed that this was a change made by the chaplain's office. Approximately two weeks after the initial change to "F.O.I", inmate Deshields made a point of emphasizing to her that the callout was for "Fruit of Islam", with him no longer requesting N.O.I callouts. Through investigation with Chaplain W. Smith and through internet research it was found that "F.O.I" stood for "Fruit of Islam" and is designated as a "paramilitary wing of the Nation of Islam" and is not an approved organization recognized by the New York State Department of Corrections and Community Services. As stated by Chaplain Smith the only purpose for a "F.O.I." meeting would be for "militancy and defacto religious gang activity". By inmate Deshields leading and participating in these unauthorized group meetings it infringes upon the goals of the department and creates a safety and security issue for the facility.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 02/05/19 | B. Gagnon | | Sergeant |

| 5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) | SIGNATURES : | |
|---|---|---|
| ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) | FIRMAS:   1 | |
| 2 | 3 | |

**NOTE:** Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE   _2-6-19_   _7:45 Am_   NAME AND TITLE OF SERVER   _CO B. Thenau H_
FECHA HORA DADO AL RECLUSO   NOMBRE Y TITULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como respuesta al crgoo informacion derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerara y determinara en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardized institutional safety or correctional goals. ♦ Se le permitira al recluso llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution:  WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribucion:  BLANCA - Oficinia Disciplinaria   AMARILLA - Recluso (despues de la resion)

# GOUVERNEUR CORRECTIONAL FACILITY

TO:      Frazier, Gary  16R2636  E1-15B
           De'Shields, Ronald  16R1590  SHU-15

FROM:  L. Looker , IGRC SUPERVISOR

DATE:   02/07/19

RE:       RECEIPT OF GRIEVANCE(S)

---

Your grievance was received by the IGRC on   **02/07/19**   .It has been
assigned # **19491-19**   and it has been coded #  **16**

The grievance number and date is being provided for your records. The IGRC has
16 calendar days to respond to your complaint.
For all staff conduct complaints (Codes 25.2 & 49) the Supt. has 25 calendar days to respond.

DUE DATE FOR THIS GRIEVANCE IS:   **02/25/19**

Wrong due date. It adds up to 19 days.
Unless Calendar days is considered business days

**Gov 19491-19**                    Code #16

**Response of IGRC:**

*IGRC States the NOI were not allowed to meet on 2/1/19 as they had no facilitator.*

Date Returned to Inmate _____        IGRC Members _____

Chairperson _____

Return within 7 calendar days and check appropriate boxes.*

[✓] I disagree with the IGRC response and wish to appeal to the Superintendent

[ ] I agree with the IGRC response and wish to appeal to the Superintendent

[ ] I have reviewed deadlock responses. Pass-Thru to Superintendent

[ ] I apply to the IGP Supervisor for review of dismissal

Signed _____        2/25/19
                    Grievant                              Date

_____                _____
Grievance Clerk's Receipt                        Date

To be completed by Grievance Clerk.

Grievance Appealed to the Superintendent        _____
                                                                      Date

Grievance forwarded to the Superintendent for action    _____
                                                                                        Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g)

FORM 2168 (9/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

SERVED 2/21 8:20AM

_Gouverneur_ Correctional Facility

Check One   ☒ **ADMINISTRATIVE SEGREGATION RECOMMENDATION**
            ☐ **INVOLUNTARY PROTECTIVE CUSTODY RECOMMENDATION**

1. Inmate Name DESHIELDS, RONALD   DIN 16R1590   Cell SHU-B-15

2. Reason for this recommendation:

INMATE DESHIELDS MANIPULATED STAFF INTO CHANGING THE "NOI" CALL OUT TO "FOI", "FRUIT OF ISLAM." THE STAFF MEMBER WAS UNAWARE THE NAME CHANGE WAS NOT AUTHORIZED BY THE CHAPLAIN. "FRUIT OF ISLAM" IS NOT A RECOGNIZED ORGANIZATION BY NYSDOCCS. "FRUIT OF ISLAM" IS A "PARAMILITARY WING OF THE NATION OF ISLAM." INMATE DESHIELDS WAS THE INMATE FACILITATOR FOR NOI. LEADING AND PARTICIPATING IN THIS NON-RECOGNIZED ORGANIZATION IS A THREAT TO SAFETY/SECURITY.

2/20/19    1:00AM    J. KELLY                                            SGT
Date  /  Time   Name of Person Making Recommendation    Signature    Title

3. Is inmate confined pending a determination on this recommendation?   ☒ Yes   ☐ No

4. If Yes,

   a. Housing Unit of present confinement _SHU_   Cell _B-15_

   b. Authorized by: _LT. Hayes_

**Notice to Inmate:** A hearing will be conducted within 14 days of this recommendation in accordance with the provisions of Part 254 of Chapter V. You will be entitled to call witnesses on your own behalf, provided that doing so does not jeopardize institutional safety or correctional goals.

If restricted pending a hearing on this recommendation, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued confinement.

**Distribution:** Original  -  Inmate
              Copy    -  Disciplinary Office

```
02/21/19     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES   PAGE   1
DCP006       ADMINISTRATIVE SEGREGATION      HEARING DETERMINATION
```

GOUVERNEUR                          TAPE NUMBER _____

DIN: 16R1590 NAME: DESHIELDS, RONALD              LOCATION: SH-OB-015

RECOMMENDATION DATE & TIME:  02/20/19      01:00 PM

DELIVERY DATE & TIME:   02/21/19    08:20 AM   BY:  CO   THERIAULT, B M

HEARING DATE & TIME:    __/__/__ __:__ __   BY: _____

HEARING END DATE & TIME: __/__/__ __:__ __

```
CHARGE
NUMBER     DESCRIPTION OF CHARGES          REPORTED BY          DISPOSITION

999.99     ADMINISTRATIVE SEGREGATION    SGT  KELLY, J
------     ------------------------------  ----  -------------------
```

1. STATEMENT OF EVIDENCE RELIED UPON:

2. REASON FOR DETERMINATION:

I HAVE RECEIVED A COPY OF THIS DETERMINATION DATED:_____

_____        _____        _____
  HEARING OFFICER          INMATE SIGNATURE       DATE AND TIME RECEIVED
    SIGNATURE


NOTICE TO INMATE:
----------------
YOU ARE HEREBY NOTIFIED THAT YOU MAY COMMUNICATE IN WRITING WITH THE
COMMISSIONER CONCERNING THIS MATTER WITHIN 30 DAYS OF YOUR RECEIPT OF THIS
DETERMINATION.


***SUCCESSFUL PRINT COMPLETION***



**NEW YORK STATE**

# Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

February 27, 2019

Mr. Ronald Deshields
16-R-1590
Gouverneur Correctional Facility
112 Scotch Settlement Road
P.O. Box 370
Gouverneur, New York 13642-0370

Dear Mr. Deshields:

This is in response to your letter regarding an appeal you submitted for your Superintendent's Hearing of February 14, 2019.

A review of your disciplinary history fails to indicate a record of any hearing. The hearing may have been dismissed or expunged at the facility level. Therefore, I recommend you direct further questions on this subject to facility officials, who are in the best position to respond to such questions. I have enclosed a copy of your disciplinary history for your records.

I trust that this information is of assistance to you. I encourage you to exhibit positive behavior and avoid future disciplinary problems.

Sincerely,

Donald Venettozzi   *For*
Director, Special Housing/
Inmate Disciplinary Programs

DV/jc
cc:   Superintendent Rockwood, Gouverneur Correctional Facility
        Central Files

---

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

ronald deshields r  guilty | THE WASHINGTON CONFIDENTIAL REPORT                    Page

# THE WASHINGTON CONFIDENTIAL REPORT

News Around The USA

Tag Archives: ronald deshields not guilty

## EX FIREFIGHTER IN THE CLEAR OF COP GUN THEFT-WAS SETUP

*October 12, 2012* by *onlinepress01*



(htt

*RONALD DESHIELDS when he w*

(http://onlinepre

It's be    aid to

ronald deshields not guilty | THE WASHINGTON CONFIDENTIAL REPORT          Page 2 of 3

The Ex firefighter was accused of stealing guns from cop's out of a Queens  ge Precinct after he came into contact with one and tu.   it into cop's at a Brooklyn Buyback program the very next day.



DeShields, stood a criminal trial , which lasted about a month-long with over 27 witnesses. none of them could identified DeShields as the person that took these guns.

Before the trial was even started, DeShields and his lawyers had a meeting with the Queens D.A's office. He came clean about how he got the gun. He said that a Retired Police Sergeant gave him a bag and that a gun was in it. He also stated that he did not know that a gun was in side until he took it home.

First, no one believed him about how he obtain the gun. investigators did met with the person that DeShields named. That person was Charles Castro, an Ex cop that once worked in the 103rd station house that was fired from the NYPD and not Retired.

Although I.A.B investigators did not buy DeShields story, they still looked into it.

As they were investigating DeShield's account of what happen, Detective's found out something shocking about not just Castro, but DeShields when he was Auxiliary Police Officer almost 20 years ago.

The name of another police officer that was fired came up. in fact, it came up more than once in a number of ways.

first in Castro pass. then Detectives started looking more into DeShields when he was an Auxiliary cop. an Internal Affairs investigation that went back to 1993. DeShields name some how got mixed in it.

The investigation was about former Police Officer Carol Shaya, the NYPD cop that was fired for posing nude in playboy with her uniform on in 1994

Both Castro and Shaya where married to each other when they where cops. Castro was a Sergeant at the 103rd pct and shaya an officer at the 45th pct.

But DeShields also knew Shaya and the question was how. actually, that's what the Internal Affairs Investigation was all about.

It has now came to light that DeShields was having an sexual affair with Shaya, the NYPD cop who posed nude in playboy.

DeShields was only 17- years old at the time and Shaya was 25. DeShields was under age and I.A.B got win of that said a source.

At the same time, she was married to Castro, she was having an affair with DeShields. Castro found ou about the affair sources say.

Castro now know that it was DeShields that she was meeting at a low down motel in West Hempstea

Abu Griffith

## CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INJURY TO INMATE REPORT

Page 1 of 2 Pages

Form: #16?R-A
Rev.: 01/31/08
Ref.: Dir. #4516R-A

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

| Command: BKDC | Date: 10/7/15 | COD/UOF #: | Injury #: FI/6 485 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY):**

Inmate Name (Last Name, First Name): Deshields, Ronald

| Location: 3rd floor B Dayroom area | NYSID #: 07344349L | Book & Case/Sent #: 441.14.01360 |

Details: On Wednesday October 4th 2015 at approximately 2100 hours inmate Deshields Ronald BtC 441.14.01360/NYSID #07344349 housed on the 3rd floor B side (cell#3 (MC) was involved in a fist fight with inmate Alsabbar James BtC #3491/0084 NYSID #09974000P housed on the 3rd floor B side (cell#4 (MC) inside the dayroom area. Chemical agents was not disposed

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Smith Capt 1317 | Date: 10/7/15 | Time: 2100 Hrs. |

| Employee: I ☑ (Did) ☐ (Did Not) Witness This Injury. | Employee Signature: Parker | Rank/Title: C.O. | Shield/ID#: 8406 |

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Date of Injury: 10/7/15 | Reported for Medical Attention: Data 10/7/15  23:57 Hrs. | Inmate Refused Medical Attention: ☐ Yes ☑ No | Visible Injuries: ☑ Yes ☐ No |

Nature of Injury and Cause: The inmate was involved in an inmate on inmate fight with hand fist. Came to the clinic. complains of soreness of the back. The right upper arm essential Abrasion behind left ear. Physical exam some Tenderness over right upper arm. Also superficial Abrasion behind The left ear.

Medical Staff Must Note Location of Injury.

Treatment: Abrasion was cleaned with normal saline pain medication as needed

| Treated By/Examined By (Print and Sign Full Name ): Elsayd Echab | Title: MD |

Referrals to Other Medical Services (If Yes, Document Medical Findings): ☐ Yes ☑ No

| Treated By/Examined By (Print and Sign Full Name ): | Title: |

Please Check Disposition: ☐ Return to Housing Area ☐ Work Release ___ Days ☐ Light Duty ___ Days ☐ Return to Work Assignment ☐ Re-Exam ___ Days ☐ Refer to Clinic ☐ Return to School

Transfer to Hospital (Indicate Name of Hospital): ☐ ☐ Life Threatening Emergency ☐ Routine

Other (Please Specify): ☐

| Treated By (Print Full Name and Title, Sign Name): Elsayd Echab    MD | Date: 11/7/15 | Time: 23:59 Hrs |

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature: | B&C/ Sentence #: 441.14.0136R | Date: |

| Witnessed By (Signature): | |

 **HHC** New York City Health and Hospitals Corporation

Correctional Health Services

# PATIENT REFUSAL OF TREATMENT

| PATIENT'S LAST NAME DESHIELDS | FIRST NAME RONALD | | NYSID NUMBER 07344349L | |
|---|---|---|---|---|
| BOOK AND CASE NUMBER 4411401360 | DATE 10/08/2015 | TIME 05:42:26 AM | FACILITY Brooklyn Detention Center | DATE OF ADMISSION 02/12/2014 13 |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

☐ MEDICAL EVALUATION [HISTORY AND PHYSICAL]  ☐ MENTAL HEALTH EVALUATION

☐ MEDICAL SERVICES  ☐ MENTAL HEALTH SERVICES

☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)  ☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION

☐ LABORATORY SERVICES  ☐ X-RAY SERVICES  ☐ DIAGNOSTIC TESTING

☐ HEAT SENSITIVE HOUSING  ☑ CLINICAL APPOINTMENT AT: WF physical therpay

☐ OTHER (SPECIFY): _____

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

_____
**Signature of Patient**

10/08/2015
**Date**

---

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

The progression of the disease condition and all other risks was explained to the refusal of the WF physical therpay   , but
he refused and wanted to   be re scheduled another time , signed refusal consent on 10/08/15
He signed the refusal consnt which was sent to ECW scanning system

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

Elsayed Elsaeb, MD
Print Name of Attending Physician or Authorized Health Care Provider

10/08/2015
**Date**

_____
Signature of Attending Physician or Authorized Health Care Provider

Powered By eClinicalWorks LLC.

Patient Name: DESHIELDS, RONALD  Book & Case No.: 4411401360
CHS 305 (Rev 10/06) English

DEF0011

# *MOHAWK CORRECTIONAL FACILITY*

# *MEMORANDUM*

**TO:**      Inmate Deshields 16r1590 73b29b

**FROM:**   J. St. Louis, Captain

**DATE:**    3/19/19

**RE:**       Fear for Safety--OSI 232931 #67s

---

I am in receipt of your Fear for Safety OSI Complaint and Sergeant Meachum has investigated the matter and interviewed you. You did not want to provide additional information to further any investigation and provided no witnesses. You told him that since you have arrived at Mohawk you no longer fear for your safety, wanted to withdraw the complaint, and completed a Protective Custody Waiver.

If you have any further concerns on this matter you should notify your dorm officer or supervisor.

Cc: DSS
    File

27-FEB-19 10:09

Infractions History Inquiry (QIFH)

NYSID: 07344349L   Name: RONALD DESHIELDS                    DOB: 27-APR-74

BRANCH:                                                      INM_INFR_HINQ

| Seq | Infrac# | Date | Facil | Adj Date | High Chg | High Chg Description | Dsp |
|---|---|---|---|---|---|---|---|
| 3 | 0597-16 | 21-MAY-16 | MDC | 31-MAY-16 | 101.18 | Non-violent struggle with a | G |
| 2 | 0000-14 | 11-JUN-15 | WF | | 0 | REMOVE CHARGE ENTRY | VOI |
| 1 | 0405-14 | 14-MAY-14 | MDC | | 101.17 | Shall not fight or engage i | G |
| 2 | 0004-12 | 16-FEB-12 | WF | | 103.10 | Makes, possesses or shares | G |
| 1 | 0188-11 | 07-APR-11 | MDC | | 101.14 | Struggle with another inmat | G |
| 2 | 0328-09 | 25-MAR-09 | GRVC | | 101.17 | Shall not fight or engage i | G |
| 1 | 3051-08 | 12-AUG-08 | GRVC | | 109.10 | Physically resisting staff | G |
| 1 | 0332-98 | 13-DEC-98 | MDC | | 110.10 | Shall not interrupt-interfe | G |
| 1 | 0374-98 | 17-APR-98 | GRVC | | 109.11 | Harasses staff by touching | D |
| 1 | 0911-95 | 22-NOV-95 | NIC | | 101.17 | Shall not fight or engage i | G |

DEF0010

City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| DeShields, Ronald | 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 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| MDC | 11 WEST | 4/14/2014 | 4/14/14 |

*All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.*

    On the above date, as I was getting ready to go into the shower
Officer Mizell said what's up to me as I asked another officer
that was present for soap to take a shower with when he told a
inmate that came in the area that I was a cop. He then told   the
inmate and other inmates I was a cop and don't tell me anything
that you do.


ACTION REQUESTED:   I am hereby demanded that I be transfered from

this CMC area because Officer Mizell has placed me in sufficien-

t and imminent danger.


Do you agree to have your statement edited for clarification by IGRP staff?  ☐ Yes   ☐ No
Do you need the IGRP staff to write the grievance request for you?  ☐ Yes   ☒ No
Have you filed this grievance or request with a court or other agency?  ☐ Yes   ☒ No
Did you need the assistance of an interpreter?  ☐ Yes   ☒ N°

Inmate's Signature: _____   Date of Signature: _____

**For DOC Official Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATION RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Deshields, Ronald | 441-14-01360 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| MDC | 11 WEST | 4 / 16 / 2016 | 4/16/16 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

On or about April 16, 2016, as I was standing by the exit door of the 11 west housing area, Officer Mizell started to tell an inmate that I think that he know that I was a Auxiliary Cop in the area of Queens that he is from.
Officer Mizell words were "Deshields, whats up cop". He said to four other inmates that he know I use to be a Auxiliary cop in the area of Queens that he is from. he said "THATS MY AREA".

ACTION REQUESTED: I need to be transfered from this cmc areas to another cmc areas, protective custody. The officer has put my life in emminent danger. It is not safe for me and I need out of this area. I filed a complaint with the city via 212 phone number

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☐ |
| Do you need the IGRP staff to write the grievance request for you? | ☐ | ☒ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☒ |
| Did you need the assistance of an interpreter? | ☐ | ☒ |

Inmate's Signature: _____ Date of Signature: _____

For DOC Official Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATION RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

TO: OSIU

FROM: RONALD DESHIELDS#441-1401-360

RE: CMC STATUS

date: 10/29/15

DEAR: OSIU

My name is Ronald DeShields. I am a C.M.C Inmate housed at the
Manhatten Detention Center. I have been lable a C.M.C Inmate for the
wrong reasons, however other inmates around me know who I am and what
I was before I became incarcerated.

In 2007, I was arrested for Forgery and Procession of Stolon
Items from the New York City Fire Department. In the C.M.C monthly
report that I have refuse to sign it states that the reason for me
being a CMC Inmate is becasue I have impersated a firefighter and
that I had uniforms from both the NYPD and the FDNY. I was never
charged with any kind of impersonation in the 2007 arrest or in the
2011 or with my arrest now in 2014, which I am currently being detained
for now.

I was a BroadChannel Queens Firefighter,which in not part of the
FDNY for a period of (5) five years and a EMT for (1) one year before
that. In the 1990's , I was an Auxiliary Police Officer Shield#2867
Tax Id# 421278, which is a Volunteer member of the Police Department.

(1)

I have been getting into more then one fights with other inmates because the information about me being a Auxiliary Police Officer keeps coming out. My father a Retired member of the New York City Department of Corrections and my Ex-Wife a Nassau County Correction Officer has also come out among the inmates.

The last time that I have been in a fight was becasue an inmate told other inmates "MAKE HIM GO WITH THE OTHER COP" before one of the inmates jumped me in a 3 on 1 fight(SEE INMATE INFRACTION --DATED 10/7/15).

I have talked with Captain Thomas who was the Security Captain at the Brooklyn Detention Center along with Captain Massey when I was housed at that facility, but both did not want to check out the infor--mation that l have provided for them and all the long was calling me a "fake Firefighter" and not willing to check with the BroadChannel Fire Department or even what I was actully charged with back in 2007, 2011 or now. I have wrote Grievance Statements with the Grievance Program at the Brooklyn Detention Center, but I have not had any response back from them at all.

(2)

Because this is a Safty Issue, I am hereby asking that the reasons for my C.M.C Status be corrected and for me to be housed based on the correct information.

Based on the fact that this is a Safty issue to my safty, if not corrected I will have no choice to file a Civil Rights Act Complaint under the Civil Rights Act, 42 U.S.C Section 1983 because the Depart of Corrections is now keeping me in a unsafe condition even after I have now informed this Department to checkout what I have been stating what I was prior to my Jail Incarceration.

THANK YOU,

RONALD DESHIELDS# 441-14-01360

Manhatten Detention Center
125 White St
New York City, NY 10013

org: David Zucker(ESQ)
cc:  OSIU
cc:  Samuel Harris (ESQ)
cc:  SELF                        (3)

FORM 2131E (REV. 6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE GRIEVANCE COMPLAINT

Grievance No.

*Gouverneur*                          **CORRECTIONAL FACILITY**

Name *De'Shields, Ronald*   Dept.No. *16R1590*   Housing Unit *E2-23*

Date *June 3, 2018*

Program *Build maint.*   (AM)                                    PM

**(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) *RELIGIOUS DISCRIMINATION*

*On the above date, Officer Clogate (sic), whom was the CO assign to N.O.I. Ramadan service show religious discrimination after he was told that I and the others need to conduct our Religious Service with the door closed, the officer actions were inflamatory to my Religious Practice by not allowing the door to be closed. I was not able to conduct religious services.*

Grievant
Signature *Ronald DeShields*

Grievance Clerk _____         Date: _____

Advisor Requested   ☐ YES   ☑ NO       Who: _____

Action requested by inmate: _____

_____

This Grievance has been informally resolved as follows: _____

_____

_____

This Informal Resolution is accepted: _____
(To be completed only if resolved prior to hearing)

Grievant
Signature _____

Date: _____

unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

n exception to the time limit may be requested under Directive #4040, secti 704.5

*Housing Unit*



**NEW YORK STATE** | **Corrections and Community Supervision**

*Approved [signature] A/DSF 8/15/18*

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

To: WATCH COMMANDER

From: Ch Smith

Date: August 14, 2018

SUBJECT: EIDUL ADHA PRAYER SERVICE FOR ISLAM AND THE NATION OF ISLAM

Please be advised that "EIDUL ADHA PRAYER SERVICE will be held on Tuesday, August 21, 2018 and the Eidul Adha Event will take place on Saturday, August 25, 2018.

On Tuesday, August, 21, 2018, participating Islam inmates are to be called to the Mosque and Nation of Islam to the Chapel at 8:00 am for the Eidul Adha Prayer Service.  The service may include prayer, Qur'an reading, VCR Tapes and Reflection. After the prayer service, Islam and Nation of Islam participants will break their fast with the beverages, coffeecake provided through Nutritional Services and then return to their housing units.

Participating Islam and Nation of Islam inmates are Off Work and Program assignment for that day.

For the "Eidul Adha Event" on Saturday, August 25, 2018. See attached special event data sheet.



**NEW YORK STATE**

# Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**TO:**       Watch Commander

**FROM:**   H. Hooper, Acting Deputy Superintendent for Programs

**DATE:**    June 6, 2018

**SUBJECT:**  Change of Venue – Native American Strawberry Ceremony

---

Due to Ramadan, the Native American Strawberry Ceremony, scheduled for Saturday, June 9, 2018, will now be held in the <u>Chapel</u>.  The NOI Ramadan group will use the ping pong room in the gym; the Muslim Ramadan group will use the multi-purpose room.

Should you have any questions or concerns, please contact my office.

Thank you.

HH/sas

Copy:        Captain's Office
             Sergeants
             Lobby Officer
             Activity Building Officer
             Mess Hall
             Package Room Officer
             Ministerial Services
             Special Events Coordinator
             Housing Units (14)



**NEW YORK STATE** | Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**TO:**   R. Deshields 16R1590 E2-23B

**FROM:**  H. Hooper, Acting DSP

**DATE:**  8/20/18

**SUBJECT: Your letter received 8/20/18**

I am responding to your letter received 8/20/18. Chaplain W. Smith will remain the NOI Staff Advisor. I am confident that he will follow all policies and protocols required of this position.

**CC: File**

RONALD E. DE'SHIELDS
16R1590
GOUVERNEUR CORRECTIONAL FACILITY
Post Office Box 480
Gouverneur, New York, 13642-0370

August 29, 2018

James Gorman
A/Deputy Commissioner
NYS DOCCS
1220 Washington Avenue, Bldg 2
Albany, NY 12226-2060

RE: NATION OF ISLAM STAFF ADVISOR
    & QUALITY OF SERVICES FOR NOI:

Dear Commissioner Gorman:

My name is Ronald E. De'Shields. I am the Inmate NOI
Facilitator for the Gouverneur Correctional Facility. I am
writing you this correspondence to express my concerns about
the quality of religious services that we the Nation of Islam
have been experiencing, such as difficulties with our Nation
of Islam Fundraiser and Religious Discrimination.

First, During the Holy Month of Ramadan, we the Nation of
Islam have been force on a number of occasions to use the Ping
Pong Room in the gym to make way for non-religious programs such
as AA meetings. As per Directive 4202 IX. A: "ALL SPACES IN THE
FACILITIES THAT ARE DESIGNATED AS PLACES FOR RELIGIOUS WORSHIP
ARE TO BE RESERVED FOR RELIGIOUS USE ONLY". On June 22, 2018, I
wrote a Inmate Grievance in regards to this issue and filed it
with the facility Grievance Office.

* GRIEVANCE TITLE CHANGED WHICH WAS
UNFAIR METHOD OF RESOLVING THE
GRIEVANCE, WHICH WAS NOT RESOLVED*

Second, the title of the Grievance I filed was "Religious
Discrimination". However, after the Grievance was denied at the
hearing, I notice that after the Superintendent denied it, the
title of the grievance was changed to "Religious Services held in
the Ping Pong Room". it was no metion of Religious Discrimination
at all. In that grievance I stated that when Ramadan Service was
called we the Nation of Islam was called out by " NOI" and the
other Muslims group was called out by Muslim Ramadan, as if we
are not muslims.

(1 of 3)

The Grievance responses from the Superintendent and the Grievance Office was "It was necessary to be called by different designation so that everyone knows where they are to report to for services". Please note: Both groups are to report to the same building at the same time. in calling the groups by different designations it did not give different kind of direction where to report too. Even if it was ncessary to be called by different designation, the correct one would have been "Ramadan Services" and not "NOI and Ramadan Services", such as the way it was done.

A/DSP Mr. Hooper was informed that this was inflamatory to the Nation of Islam Inmates and still to this day it is still going on. On August 25, 2018 during the "Eidul Adha Event" we the Nation of Islam was still called out by " NOI and Muslims". This facility continues to be inflamatory to the NOI Inmates. On August 27, 2018, I wrote a letter to Deputy Superintendent of Administration Ms. Susan Peacock detailing the discriminatory treatment that we have been experiencing. It is the second letter that I sent her regarding this treatment. The first one was a sworn letter. Both correspondence went unanswered so far.

### * NEW STAFF ADVISOR, A/DSP HOOPER RELUCTANCE TO GIVE THE NATION OF ISLAM A STAFF ADVISOR THAT WILL WORK WITH US AND NOT AGAINST US*

On August 18, 2018, I wrote a letter to Acting DSP Mr. H. Hooper, the Superintendnt of Programs regarding having the new Chaplain acting as our staff advisor. The Chaplain is Mr. W. Smith. We ask that his position be change to allow way for Deacon Morse to act as our staff advisor cause he wants to work with us and not against us such as what we feel that Mr. W. Smith has been doing.

I have also talked with A/DSP Hooper face to face at the conclusion of a recent ILC meeting on August 20, 2018, regarding Deacon Morse acting as the NOI Staff advisor and not Chaplain W. Smith. I endeavored to explain to Acting Deputy Superintendent that the reasons why we would like to have Deacon Morse to act as advisor, such as his willingness to work with us. He then abruptl -y denied my request by saying no and just walked away quickly. I I also received a letter saying the same thing. Saying that the new Chaplain Smith will remain the NOI Staff Advisor.

( 2 of 3 )

Since Chaplain Smith arrival at this facility, we feel that he has been doing more of the Position of the Security Staff with the Nation of Islam then that of a Chaplain. With my and the rest of the Nation Of Islam, a Chaplain such as Chaplain Smith is a person chosen to not just follow all of the policies and facility protocols required, but also someone whom we may go to for aid religiously. As a advisor we need to have confidents in him he would work in the best of our interest in a advisory way. We do not have that within Chaplain Smith.

In the short period of time that he has been at this facility, he has displayed more of his authority to have things changed that has always worked for the Nation of Islam and the facility without due diligence. In other words or expression as it is said " Started to repair something that was not broken". Chaplain Smith actions has cause more then one dilemma with not just the NOI Fundraiser, but the officers working in the activities building that would affect the NOI when it comes to us having our religious services.

In conclusion, I am hereby asking that you address this matter forthwith and help correct the programs that we and I are having or to make a policy change. I look forward to your response soon, Thank you in advance for your help.


Respectfully Submitted,


Ronald E. De'Shields 16R1590
Gouverneur Correctional Facility

SWORN TO BEFORE ME
THIS 29 DAY OF AUG 2018.


NOTARY

KRISTA BRIGGS
Notary Public, State of New York
No. 01BR6376423
Qualified in St. Lawrence County
My Commission Expires 09/11/2022

( 3 of 3 )

org: record
CC : Mary Vann
CC : Jeff McKoy
CC : James Gorman
CC : Milbank Mcloy

TO: Superintendent M. Rockwood,
     Gouverneur Correctional Fac.

FROM: Ronald E. De'Shields, 16R1590
          E2-23

RE:  RE RELIGIOUS DISCRIMINATION & UNEQUIL TREATMENT
         BY DSP K. KNAPP & CHAPLAIN W. Smith :

DATE: Feb. 1, 2019

---

Superintendent M. Rockwood:

     I'm writing you this correspondence to express my concerns
regarding how the Nation of Islam & myself have been for some-
-time now experiencing difficulties with Chaplain W. Smith.

     Since Chaplain W. Smiths arrived to this facility, he has
inflicted hardship on our religious services and did his best to
dis-band our fundraiser. In a meeting with him on January 24,
2019, at 12:30 p;m in his office he advised me that he wants me
removed as facilitator so that the fundraiser could be dis-band
and for us (Nation of Islam) to not have religious services.
When I advised him that no one will step-up and take the position
of facilitator, he stated "I don't care".

     From the start of difficulties with chaplain Smith, I wrote
a letter to then Acting DSP H. Hooper (SEE ATTACH LETTER) about
Chaplain Smith actions.

**(1)**

The issues were not resolved. On January 24, 2019, I wrote a
letter to DSP K. Knapp regarding the Religious Discrimination
and unequal treatment that chaplain Smith has subjected myself
and the rest of the Nation of Islam members too. These issues
still not resolved, infact I have not recivied any return
corresponsence from her.

No other group experinced these problems and based on the
issues at hand, I now can see that it's  religious Discriminat-
-ion inlight of both chaplain Smith and now DSP K. Knapp unequal
treatment.

At this time, as you are a Supervisory Official, you are
hereby advised that I and the rest of the members of NOI are
being subjexted to Religious Discrimination and unequal treat-
-ment. I ask that you please step in and remedy this wrong.

Thank You in Advance,

Ronald E. De'Shields 16R1590
E2-23

cc: M. Roc kwood

cc: DSP K. Knapp

cc: Jeff Makoy

org: record

(2)

Ronald E. De'Shields
16R1590
GOUVERNEUR CORRECTIONAL FACILITY
Post Office Box 480
Gouverneur, N.Y. 13642-0370

TO:    H. Hooper, Acting DSP

FROM:  R. De'Shields 16R1590

DATE:  August 20, 2018

RE:    Your response letter received 8/20/18. Regarding
       Chaplain W. Smith as the NOI Staff Advisor.

I am writing you this correspondence to express my concerns
regarding Chaplain Smith acting as the NOI Staff adviser.

Since Chaplain Smith arrival, he has been doing more of a
Security Staff position when it comes to the Nation of Islam,
then that of a Chaplain. With my understanding a chaplain, such
as Chaplain Smith is a person chosen to not just follow all of
the policies and protocols required, but also someone whom we may
go to for aid religiously. As a adviser we need to have confi-
-dents in him he would work in the best of our interest in a
advisory way. We do not have that within Chaplain W. Smith.

In the short period of time that Chaplain Smith has been at
this facility, he has displayed more of his authority to have
things changed that has always worked for the Nation of Islam and
the facility without due diligence. In other words or expression
as it is said " Started to repair something that was not broken"!

1 of 2

Chaplain Smith actions has cause more then one dilemma with not just the NOI Fundraiser, but the officers working in the activities building that would affect the Nation of Islam when it comes to us having our services. For these reasons, we see that Chaplain Smith will work against us and not with us. We ask not to allow him to be our staff adviser.

In a conversation that I had with Deacon Morse about the Nation of Islam, he seems to be a person that is willing to help no matter what religious group needs help. At the conclusion of the conversation he express to me that he wants to help anyone or group that needs help.

Therefore, I hereby request that Decon Morse be allowed to act as our new staff adviser. Thank You.

Respectfully Submitted,

Ronald E. De'Shields 16R1590
E2-23

Org: record
cc : A/Dep H. Hooper.
cc : Jeff McKoy DCCSS
cc : James Gorman DOCCS

2 of 2

C. Davidson
P.O. Box 2095 C
New York NY
10009

USM 40110
SDNY

RECEIVED
SDNY PRO SE OFFICE
2019 OCT 28 AM 10: 14
S.D. OF N.Y.

The Honorable Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Re: CASE # 18 CV-8885 RA

RECEIVED
OCT 23 2019
RONNIE ABRAMS
U.S DISTRICT JUDGE
S.D.N.Y.





U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
01226
OCT 21, 19
AMOUNT
$1.90
R2305H1 27265-10