UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/9/19

RONALD E. DE'SHIELDS,

        Plaintiff,

-against-

CITY OF NEW YORK, JOSEPH PONTE, CAPTAIN THOMAS, CAPTAIN SMITH, CAPTAIN MASSEY, CORRECTION OFFICE PARKER, CORRECTION OFFICER GATTOR, CORRECTION CAPTAIN MILLER, and CORRECTION OFFICER MIZELL,

        Defendants.

18-CV-8885 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the extension of the fact discovery deadline to January 31, 2020, the post-discovery conference currently scheduled for December 13, 2019 is hereby adjourned to February 14, 2020 at 11:15 a.m. No later than one week in advance of the conference, the parties shall submit a joint letter with the information set forth in the Court's November 12th Order (*see* Dkt. 65).

SO ORDERED.

Dated:    December 9, 2019
             New York, New York

RONNIE ABRAMS
United States District Judge