UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD E. DE'SHIELDS,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, JOSEPH PONTE, CAPTAIN THOMAS, CAPTAIN SMITH, CAPTAIN MASSEY, CORRECTION OFFICE PARKER, CORRECTION OFFICER GATTOR, CORRECTION CAPTAIN MILLER, and CORRECTION OFFICER MIZELL,<br><br>Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2/6/20<br><br>18-CV-8885 (RA)<br><br>AMENDED ORDER |

RONNIE ABRAMS, United States District Judge:

To allow Plaintiff to effect service on Defendant Jonathan Parker through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return Form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

Defendant Jonathan Parker shall be served at the following address: 5220 Trinity Village Ln., Apt. #305, Raleigh, NC 27607-5154.

The Clerk of Court is also directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: February 6, 2020
       New York, New York

RONNIE ABRAMS
United States District Judge